**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Shelby Division**

Case No. 11−40564
Chapter 11

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

   Hickory Log Barbecue of Forest City, Inc.
   1163 West Main Street
   Forest City, NC 28043
   Social Security No.:
   Debtor EIN:
   56−1204943

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above−referenced debtor(s) did not include the following items:

   Summary of Schedules
   Schedule A − Real Property
   Schedule B − List of Personal Property
   Schedule D − Secured Claims
   Schedule E − Priority Claims
   Schedule F − Unsecured Claims
   Schedule G − Executory Contracts
   Schedule H − Co−Debtors
   Declaration Concerning Schedules
   Form 7 (Statement of Financial Affairs)
   Fee Disclosure Statement
   Disclosure of Corporate Ownership Statement
   Exhibit A
   List of Equity Security Holders

**FURTHER NOTICE IS GIVEN** that if the above−referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Bankruptcy Code and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court without further notice or opportunity for hearing.

Dated: September 2, 2011                                                                 Steven T. Salata
                                                                                          Clerk of Court

Electronically filed and signed (9/2/11)