IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No.: 11-40564 |
| **HICKORY LOG BARBEQUE OF** | ) | Chapter 11 |
| **FOREST CITY, INC.,** | ) | |
| | ) | |
| *Debtor(s).* | ) | |

## AMENDMENT TO MOTION FOR RELIEF FROM STAY

NOW COMES Carolina Trust Bank, through counsel, and provides the following amendment to its Motion for Relief from Stay filed September 2, 2011 (Docket # 7):

22. The Debtor (as makers and primary obligors under the Business Note) and Gold (as guarantor under the Business Note) are now in default and past due as follows:

| Month | Amount Due | Amount Paid | Amount Past Due |
|---|---|---|---|
| Sept. 2010 | $785.00 | $0.00 | $785.00 |
| Oct. 2010 | $785.00 | $0.00 | $785.00 |
| Nov. 2010 | $785.00 | $0.00 | $785.00 |
| Dec. 2010 | $785.00 | $785.00 | $0.00 |
| Jan. 2011 | $785.00 | $729.92 | $55.08 |
| Feb. 2011 | $785.00 | $0.00 | $785.00 |
| March 2011 | $785.00 | $300.00 | $485.00 |
| April 2011 | $785.00 | $0.00 | $785.00 |
| May 2011 | $785.00 | $0.00 | $785.00 |
| June 2011 | $785.00 | $600.00 | $185.00 |
| July 2011 | $785.00 | $0.00 | $785.00 |
| Aug 2011 | $785.00 | $0.00 | $785.00 |
| | | **Total:** | **$7,005.08** |

September 6, 2011.

YOUNG, MORPHIS, BACH & TAYLOR, L.L.P.

By:    /s/ Jimmy R. Summerlin, Jr.
Jimmy R. Summerlin, Jr.
N.C. State Bar No.: 31819
P.O. Drawer 2428
Hickory, NC 28603
(828) 322-4663
(828) 322-2023 facsimile
Attorney for Carolina Trust Bank

179038.1

# CERTIFICATE OF SERVICE

The undersigned, being an attorney duly licensed to practice law in the State of North Carolina, hereby certifies that on this date I served on the foregoing as follows:

    via CM/ECF:

Robert H. Lutz on behalf of Debtor Hickory Log Barbecue of Forest City, Inc.
llutzlawfirm@carolina.rr.com

U.S. Bankruptcy Administrator
alexandria_p_kenny@ncwba.uscourts.gov, ba_desk@ncwba.uscourts.gov

and via 1st Class U.S. Mail, postage prepaid:

    Hickory Log Barbeque of Forest City, Inc.
    1163 West Main Street
    Forest City, NC 28043

    Robert H. Lutz
    Attorney at Law
    310-8 East Graham St
    Shelby, NC 28150

September 6, 2011.

        YOUNG, MORPHIS, BACH & TAYLOR, L.L.P.

        By:    /s/ Jimmy R. Summerlin, Jr.
            Jimmy R. Summerlin, Jr.
            N.C. State Bar No.: 31819

179038.1