

525-05-01-00 27605  0 C 001 26   50 002
HICKORY LOG BARBECUE OF FOREST CITY INC
PO BOX 815
FOREST CITY NC   28043-0815

## Your account statement
For 07/29/2011

**Contact us**

 BBT.com

 (800) BANK-BBT or (800) 226-5228

### New All Day Banking!

We are excited to announce we now offer our clients All Day Banking! All deposits received at financial centers (lobby and drive-up window) before closing, and ATM locations before 6 p.m. local time, will post on the same (current) business day. Deposits received at financial centers or ATMs on Saturday, Sunday and/or a federal holiday will post the next business day. As an added convenience for our BB&T OnSite Deposit clients, deposits received before 9 p.m. E.T will post the same business day. For more information on our expanded banking day or BB&T OnSite Deposit, visit BBT.com or visit a BB&T financial center near you.

### ■ FREE BUSINESS CHECKING 0005100316481

#### ount summary

| | |
|---|---:|
| Your previous balance as of 06/30/2011 | $852.71 |
| Checks | - 14,673.22 |
| Other withdrawals, debits and service charges | - 6,180.02 |
| Deposits, credits and interest | + 21,355.21 |
| Your new balance as of 07/29/2011 | = $1,354.68 |

#### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---:|---|---|---:|---|---|---:|
| 07/05 | | 500.00 | 07/06 | 6581 | 322.55 | 07/26 | 6592 | 1,500.00 |
| 07/05 | *6571 | 224.00 | 07/25 | 6582 | 250.70 | 07/25 | 6593 | 449.25 |
| 07/06 | 6572 | 1,496.13 | 07/12 | 6583 | 1,448.73 | 07/25 | 6594 | 1,215.47 |
| 07/13 | 6573 | 491.00 | 07/15 | 6584 | 415.72 | 07/22 | 6595 | 182.98 |
| 07/05 | *6575 | 433.00 | 07/14 | 6585 | 975.00 | 07/25 | 6596 | 460.00 |
| 07/05 | 6576 | 431.56 | 07/12 | 6586 | 600.00 | 07/26 | 6597 | 800.00 |
| 07/07 | 6577 | 487.79 | 07/13 | 6587 | 59.50 | 07/28 | 6598 | 12.93 |
| 07/18 | 6578 | 975.00 | 07/25 | *6590 | 260.49 | 07/28 | 6599 | 53.77 |
| 07/13 | 6579 | 25.00 | 07/22 | 6591 | 173.00 | 07/27 | *6601 | 212.15 |
| 07/07 | 6580 | 217.50 | | | | | | |

* indicates a skip in sequential check numbers above this item

Total checks   = $14,673.22

#### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 07/01 | BB&T ONLINE TRANSFER TRANSFER TO CHECKING 0005100316732 07-01-11 | 800.00 ✓ |
| 07/01 | ACH CORP DEBIT AXP DISCNT AMERICAN EXPRESS HICKORY LOG 4321178485 4321178485 | 15.73 ✓ |
| 07/06 | BB&T ONLINE TRANSFER TRANSFER TO CHECKING 0005100316732 07-06-11 | 500.00 ✓ |
| 07/07 | BB&T ONLINE TRANSFER TRANSFER TO CHECKING 0005100316732 07-07-11 | 200.00 ✓ |
| 07/08 | RETURNED ITEM FEE ($35/ITEM) | 35.00 ✓ |
| 07/08 | BB&T ONLINE TRANSFER TRANSFER TO CHECKING 0005100316732 07-08-11 | 150.00 ✓ |

continued

## FREE BUSINESS CHECKING 0005100316481 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 07/08 | TELEPHONE PAYMENT EPAY    CHASE 1149583628 | 347.00 |
| 07/08 | OVERDRAFT ITEM FEE ($35/ITEM)   35 | 35.00 |
| 07/11 | RETURNED ITEM FEE ($35/ITEM) | 35.00 |
| 07/13 | OVERDRAFT ITEM FEE ($35/ITEM)   35 | 105.00 |
|  | OVERDRAFT ITEM FEE ($35/ITEM)   35 | 35.00 |
| 07/15 | MERCH FEE  TSYS MERCHANT HICKORY LOG BBQ OF FOR  2999780174 | 482.86 |
| 07/15 | OVERDRAFT ITEM FEE ($35/ITEM)   35 | 35.00 |
| 07/18 | RETURNED ITEM FEE ($35/ITEM) | 35.00 |
| 07/18 | TELEPHONE PAYMENT E CHECK    VZ WIRELESS VE 2834947 | 258.78 |
| 07/19 | RETURNED ITEM FEE ($35/ITEM) | 35.00 |
| 07/19 | BB&T ONLINE TRANSFER TRANSFER TO CHECKING 0005100316732 07-19-11 | 200.00 |
| 07/20 | RETURNED ITEM FEE ($35/ITEM) | 35.00 |
| 07/21 | RDP INS PR PRUDENTIAL INS XXXXXXXXXXAXL4 | 577.40 |
| 07/22 | BB&T 24 CASH WITHDRAWAL 07-22-11          8036 FOREST CTY-MAIN FOREST CITY NC | 500.00 |
| 07/22 | BB&T 24 CASH WITHDRAWAL 07-22-11          8036 FOREST CTY-MAIN FOREST CITY NC | 500.00 |
| 07/25 | BB&T CHECK CARD PURCHASE-PIN 07-22-11 SPARTANBURG  SC 8036 SAM'S CLUB | 118.16 |
| 07/25 | BB&T ONLINE TRANSFER TRANSFER TO CHECKING 0005100316732 07-24-11 | 100.00 |
| 07/26 | TELEPHONE PAYMENT Payment    ATT 304319001CSR1K | 438.09 |
| 07/27 | OVERDRAFT ITEM FEE ($35/ITEM)   35 | 35.00 |
| 07/28 | BB&T CHECK CARD PURCHASE VLV PROFESSIONALS, 07-28 800-915-2440   NH 8036 | 572.00 |

Total other withdrawals, debits and service charges = $6,180.02

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 07/01 | SETTLEMENT AMERICAN EXPRESS HICKORY LOG 4321178485  4321178485 | 44.16 |
| 07/01 | DEPOSIT | 1,140.75 |
| 07/05 | SETTLEMENT AMERICAN EXPRESS HICKORY LOG 4321178485  4321178485 | 34.38 |
| 07/05 | DEPOSIT | 39.19 |
| 07/05 | SETTLEMENT AMERICAN EXPRESS HICKORY LOG 4321178485  4321178485 | 92.45 |
| 07/05 | DEPOSIT   TSYS MERCHANT HICKORY LOG BBQ OF FOR  2999780174 | 2,485.73 |
| 0 | DEPOSIT   TSYS MERCHANT HICKORY LOG BBQ OF FOR  2999780174 | 493.71 |
| 0 | DEPOSIT   TSYS MERCHANT HICKORY LOG BBQ OF FOR  2999780174 | 602.63 |
| 07/08 | DEPOSIT | 5.50 |
| 07/08 | SETTLEMENT AMERICAN EXPRESS HICKORY LOG 4321178485  4321178485 | 36.03 |
| 07/08 | DEPOSIT   TSYS MERCHANT HICKORY LOG BBQ OF FOR  2999780174 | 277.08 |
| 07/11 | SETTLEMENT AMERICAN EXPRESS HICKORY LOG 4321178485  4321178485 | 32.53 |
| 07/11 | DEPOSIT | 100.00 |
| 07/11 | DEPOSIT   TSYS MERCHANT HICKORY LOG BBQ OF FOR  2999780174 | 2,296.88 |
| 07/13 | DEPOSIT   TSYS MERCHANT HICKORY LOG BBQ OF FOR  2999780174 | 233.01 |
| 07/14 | DEPOSIT | 200.00 |
| 07/14 | DEPOSIT   TSYS MERCHANT HICKORY LOG BBQ OF FOR  2999780174 | 679.00 |
| 07/15 | SETTLEMENT AMERICAN EXPRESS HICKORY LOG 4321178485  4321178485 | 84.81 |
| 07/15 | DEPOSIT   TSYS MERCHANT HICKORY LOG BBQ OF FOR  2999780174 | 416.32 |
| 07/18 | SETTLEMENT AMERICAN EXPRESS HICKORY LOG 4321178485  4321178485 | 18.98 |
| 07/18 | SETTLEMENT AMERICAN EXPRESS HICKORY LOG 4321178485  4321178485 | 230.30 |
| 07/18 | DEPOSIT   TSYS MERCHANT HICKORY LOG BBQ OF FOR  2999780174 | 2,541.92 |
| 07/21 | DEPOSIT   TSYS MERCHANT HICKORY LOG BBQ OF FOR  2999780174 | 717.11 |
| 07/21 | DEPOSIT | 975.00 |
| 07/22 | DEPOSIT   TSYS MERCHANT HICKORY LOG BBQ OF FOR  2999780174 | 598.02 |
| 07/25 | SETTLEMENT AMERICAN EXPRESS HICKORY LOG 4321178485  4321178485 | 19.51 |
| 07/25 | SETTLEMENT AMERICAN EXPRESS HICKORY LOG 4321178485  4321178485 | 33.63 |
| 07/25 | DEPOSIT   TSYS MERCHANT HICKORY LOG BBQ OF FOR  2999780174 | 4,527.03 |
| 07/26 | SETTLEMENT AMERICAN EXPRESS HICKORY LOG 4321178485  4321178485 | 54.33 |
| 07/26 | DEPOSIT | 148.38 |
| 07/27 | SETTLEMENT AMERICAN EXPRESS HICKORY LOG 4321178485  4321178485 | 25.73 |
| 07/27 | DEPOSIT   TSYS MERCHANT HICKORY LOG BBQ OF FOR  2999780174 | 160.82 |
| 07/27 | DEPOSIT | 200.00 |
| 0 | DEPOSIT | 349.75 |
| 07/28 | DEPOSIT | 100.00 |
| 07/28 | DEPOSIT   TSYS MERCHANT HICKORY LOG BBQ OF FOR  2999780174 | 518.48 |
| 07/29 | SETTLEMENT AMERICAN EXPRESS HICKORY LOG 4321178485  4321178485 | 21.59 |

continued



**.E BUSINESS CHECKING 0005100316481 (continued)**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 07/29 | DEPOSIT | |
| 07/29 | DEPOSIT | 120.05 |
| 07/29 | DEPOSIT  TSYS MERCHANT HICKORY LOG BBQ OF FOR  2999780174 | 277.05 |
| | Total deposits, credits and interest | 423.37 |
| | | = $21,355.21 |

## Amendment to the Business Services Pricing Guide
### Effective September 1, 2011

The following changes are being made to the *Business Services Pricing Guide* that you received when you opened your BB&T account. Continued use of your account after **September 1, 2011**, constitutes your acceptance of the changes. If you do not have a copy of the *Business Services Pricing Guide*, you may obtain an updated version at your local BB&T financial center, or if you have questions about your account, call **1-800-BANK BBT (1-800-226-5228)**.

**Business Money Rate Savings, Public Fund Money Rate Savings, and Business Managed Money Rate Savings**

Deposited Items
  First 20 deposited items                          No charge
  Fee per deposited item over 20
    BB&T                                            $0.30
    Other In-State Institution                      $0.30
    Out-of-State Institution                        $0.30

**Business Investor's Deposit Account**

Deposited Items
  First 10 deposited items                          No charge
  Fee per deposited item over 10
    BB&T                                            $0.30
    Other In-State Institution                      $0.30
    Out-of-State Institution                        $0.30

**Depository Services**

Non-Depositor Check Cashing Fee for On Us (BB&T) Checks     $8.00
(Applies only to checks cashed greater than $50.00)

Automatic Overdraft Protection Transfer Fee                 $12.00
(Assessed to checking accounts only and does not apply to Business Value 500 Checking and Business Value Checking)