IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

| | |
|---|---|
| IN RE:  Hickory Log Barbecue of ) | |
|       Forest City, Inc. ) | Bankruptcy Case No: 11-40564 |
|                 Debtor ) | |
| EIN:  56-1204943 ) | Chapter 11 |
| _____) | |

APPLICATION TO EMPLOY ATTORNEY

The Debtor applies to the Court and says as follows:

1. On September 1, 2011, the Debtor herein filed a Chapter 11 Petition with this Court and wishes to employ Robert H. Lutz, an attorney duly admitted to practice in this Court.

2. The Debtor believes that said attorney is well qualified to represent them in this proceeding and will assist by: (a) giving legal advice with respect to their powers and duties as Chapter 11 Debtors; (b) preparing the necessary applications, answers, orders reports and other legal papers; and (c) performing all other legal services which may be necessary herein and it is necessary for the Debtor to employ an attorney for such professional activities..

3. The names attorney has no connection with the Debtor, its creditors or any other party in interest or their respective attorneys.

4. The named attorney is a disinterested person to represent the Debtor and the estate.

5. The named attorney represents no interest adverse to Debtor or the estate or the matters upon which he is to be engaged for Debtor and his employment would be in the best interest of this estate.

**THEREFORE**, the debtor respectfully prays the Court:

1. An Order be entered authorizing the appointment and employment of Robert H. Lutz as attorney for the Debtor.

2. For such further relief as the Court deems just and proper.

This the 28th day of September, 2011.

                                              LUTZ LAW FIRM, PLLC

                                              BY _____/s Robert H. Lutz_____
                                                    Robert H. Lutz
                                                    Attorney for Debtors
                                                    310-8 E. Graham Street
                                                    Shelby, NC  28150
                                                    Phone No: 704-600-6003
                                                    Fax No: 704-600-6004
                                                    State Bar No: NC 16375
                                                    email: banklutz@charlotte.twcbc.com