IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

| | |
|---|---|
| IN RE:  Hickory Log Barbecue of   ) | |
|      Forest City, Inc.   ) | Bankruptcy Case No: 11-40564 |
|      Debtor   ) | |
| EIN:  56-1204943   ) | Chapter 11 |
| _____) | |

AFFIDAVIT OF PROPOSED ATTORNEY

STATE OF NORTH CAROLINA

COUNTY OF CLEVELAND

    I, Robert H. Lutz, make solemn oath that:

    1.  I am an attorney and counselor-at-law, duly admitted to practice in the State of North Carolina and before this Court.

    2.  I maintain an office for the practice of law at 310-8 East Graham Street, Shelby, North Carolina 28150.

    3.  I have no connection with the above-named Debtor or estate in the matters upon which I am to be engaged and am a disinterested person to represent the Debtor and the estate.

    This the 28th day of September, 2011.

                                                          /s Robert H. Lutz_____
                                                          Robert H. Lutz

SWORN TO subscribed before me this
the 28th day of September, 2011.

_____/s Shirley s. Brown_____
       Notary Public - Shirley S. Brown

My Commission Expires:  8-21-2016